IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TIMOTHY CRIGGER,                    )
     Petitioner,                    )          Civil Action No. 7:17cv00170
                           )
v.                                  )
                           )          By: Elizabeth K. Dillon
CARL MANIS,                         )          United States District Judge
     Respondent.                    )

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED

that this action is DISMISSED without prejudice and STRICKEN from the active docket of the

court.

The Clerk is directed to provide a copy of this order and the memorandum opinion to

Crigger.

Entered: May 25, 2017.


/s/ Elizabeth K. Dillon
     Elizabeth K. Dillon
     United States District Judge